IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

In re:                                         *

**MEGHAN C. LEAVITT**                          *     Case No.  09-33675
                                                     Chapter 7

     Debtor (s)                             *

*    *    *    *    *    *    *    *    *    *    *    *    *

**ORDER DISMISSING CHAPTER 7 CASE FOR FAILURE
OF DEBTOR(S) TO ATTEND SECTION 341 MEETING OF CREDITORS**

Charles R. Goldstein, Trustee, has moved to dismiss with prejudice for the failure of the debtor(s) to appear for meetings of creditors.  The motion, duly served on the debtor(s), advised them that the Trustee requests the Court to rule without a hearing and dismiss the case with prejudice unless the debtor(s) respond(s) to the motion in writing within 21 days from the date of mailing.  The court finds that the debtor(s) has/have not responded in writing.  Finding there to have been adequate notice and the opportunity for a hearing, and finding that the debtor(s) has/have willfully failed to obey orders of this Court by failing to provide requested documents as required by 11 U.S.C. Section 343, this Court finds there to be cause for dismissal with prejudice under 11 U.S.C. Sections 109(g) and 707(a).  Is it therefore

**ORDERED**: that this Chapter 7 case is hereby DISMISSED WITH PREJUDICE, for a period of 180 days herefrom, and it is further

**ORDERED:** that creditors are advised of the termination of the automatic stay effective as of the date hereof.

cc: All parties-in-interest
Asst. U.S. Trustee
Charles R. Goldstein, Trustee
Debtor's Counsel
Debtor

END OF ORDER